AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
### Eastern Division

**ROBERT F. STEARNES-TAYLOR,**

      **Plaintiff/Petitioner,**

                                  **JUDGMENT IN A CIVIL CASE**

**vs.**

                                  **CASE NO.  C2-11-218**

**THE STATE OF OHIO,**                  **JUDGE EDMUND A. SARGUS, JR.**

                                  **MAGISTRATE JUDGE E. A.  PRESTON DEAVERS**

      **Defendant/Respondent.**

----

\_\_\_     **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X     **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

      **Pursuant to the Order filed October 7, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 7, 2011                     JAMES BONINI, CLERK

                                    */S/ Andy F. Quisumbing*

                                    (By) Andy F. Quisumbing

                                    Courtroom Deputy Clerk