AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**ROBERT F. STEARNES-TAYLOR,**

      **Plaintiff/Petitioner,**

                              **JUDGMENT IN A CIVIL CASE**

**vs.**

                              **CASE NO.  C2-11-218**
**THE STATE OF OHIO,**              **JUDGE EDMUND A. SARGUS, JR.**
                                      **MAGISTRATE JUDGE E. A.  PRESTON DEAVERS**

      **Defendant/Respondent.**

    ☐    **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

    ☒    **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial.

        **Pursuant to the Order filed October 7, 2011, JUDGMENT is hereby entered DISMISSING this case.**

Date: October 7, 2011                                    JAMES BONINI, CLERK

                                                          */S/ Andy F. Quisumbing*
                                                          (By) Andy F. Quisumbing
                                                          Courtroom Deputy Clerk